ANNE K. EDWARDS (SBN 110424)
**SMITH, GAMBRELL & RUSSELL, LLP**
444 South Flower Street, Suite 1700
Los Angeles, California 90071
Telephone: (213) 358-7200
Facsimile: (213) 358-7300
Email: aedwards@sgrlaw.com

Attorneys for Defendant,
CRISTEK INTERCONNECTS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION AT SANTA ANA

| | |
|---|---|
| CPS INTERMOUNTAIN, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CRISTEK INTERCONNECTS, INC., a California corporation, and DOES 1-10,<br><br>Defendants. | Case No. 8:20-CV-00909-DOC (DFMx)<br><br>**ORDER RE STIPULATION ON PROTECTIVE ORDER** |

Upon review of the Stipulation on Protective Order filed by counsel for Plaintiff and Defendant in this action, and for good cause appearing thereon, the Court finds as follows:

IT IS ORDERED that the Stipulation on Protective Order is approved.

DATED: September 3, 2020

_____
The Honorable Douglas F. McCormick
United States Magistrate Judge

SGR/23230902.1